## July 13, 1961

THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH SCAROLA.—

Concur — Breitel, J. P., Valente, McNally, Steuer and Bastow, JJ.
THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH SCAROLA.—

Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.
THE PEOPLE OF THE STATE OF NEW YORK v. ISRAEL ESPINOSA.—

Concur —
Botein, P. J., Rabin, McNally and Stevens, JJ.